William A. Delgado, Esq. (State Bar No. 222666)
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90071
Telephone: (213) 955-8022
Facsimile: (213) 955-9250
williamdelgado@willenken.com

Attorneys for Plaintiffs
JOL MANAGEMENT CO.
GERO VITA INT'L, INC, and
LONGLIFE MAXX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOL MANAGEMENT CO., GERO VITA INTERNATIONAL, INC., LONGLIFE MAXX, INC., <br><br> Plaintiffs, <br><br> v. <br><br> POLYCELL NUTRACEUTICALS, INC; MOHAMMAD KHALID, NEDA KHALID, COREY MCCLOUD, <br><br> Defendants. | Case No. CV08-198-ABC-FFMx <br><br> **DECLARATION OF KENNETH KAMI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: August 11, 2008 <br> Time: 10:00 a.m. <br> Place: Courtroom 680 |

1

DECLARATION OF KENNETH KAMI ISO OF MOTION FOR PRELIMINARY INJUNCTION

# **DECLARATION OF KENNETH KAMI**

I, Kenneth Kami, state and declare as follows:

1. Since June 2008, I have been employed by Gero Vita International, Inc. ("GVI") as a marketing manager. Prior to that, I was employed by JOL Management Co. ("JOL") as marketing project manager. I have personal knowledge of all the facts set forth herein and if called as a witness, I could and would competently testify hereto.

2. From approximately February 2006 to June 2008, I was a marketing project manager for JOL. JOL manages and markets the GVI products, including the Arthro-7 joint supplement product. My direct supervisor was Jim Chiang, Vice President of Operations and Business Innovation for JOL.

3. In about September or October 2007, Jim Chiang informed me that GVI customers were confused by a competing company Polycell Nutrition, Inc. ("Polycell") and he asked me to do an investigation into the company. Jim Chiang gave me a copy of a Polycell marketing piece and directed me to the Polycell website, www.polycellnutrition.com.

4. After reviewing the Polycell marketing piece, I observed several similarities to GVI marketing pieces. For example, the style and feel of the postcards are substantially similar, with the source code labeled as a priority code. Also, the Arthro-Essential label is nearly identical to the original Arthro-7 labels used by GVI.

5. After reviewing the Polycell website, www.polycellnutrition.com, I observed a number of similarities between the GVI website and Polycell website. For example, the consumer testimonals used by Polycell were substantially similar to GVI testimonials from past GVI customers. Polycell also used the same doctor as GVI, John Han, to endorse their product.

6. While investigating the Polycell website, I enlisted the help of Alberto Miranda the former Customer List Manager for JOL and current consultant, to analyze the Polycell website. Mr. Miranda was able to determine that the Polycell website was designed by former JOL employees, Corey McCloud former Director of MIS for JOL and Rudy Augustino former IT Manager for JOL.

7. After my investigation of the Polycell website, I asked Hernan Lacuesta, the former In House Counsel for JOL, to perform a corporate search for Polycell. Mr. Lacuesta discovered that Mohammad Khalid, the former Executive Vice President of JOL and his wife Neda Khalid were listed as the officers and directors for Polycell with the California Secretary of State.

8. At this time, I reported my findings regarding the Polycell website and corporate structure to Jim Chiang.

9. In about November or December 2008, I performed an internet search for the Polycell website at www.polycellnutrition.com. At this time, the Polycell website was taken down and the website was designated under construction.

10. In about June or July 2008, I performed an internet search for the Polycell website at www.polycellnutrition.com and the website was live and operational. The site continued to market, advertise, and promote Arthro Essentials is a similar, if not identical manner as Arthro-7. In addition, the formula for Arthro Essentials is similar, if not identical to the formula of Arthro-7.

I declare under penalty of perjury under the laws of the United States of America and California that the foregoing is true and correct.

Executed this 21st day of July 2008, at Los Angeles, California.

Kenneth Kami