William A. Delgado, Esq.  (State Bar No. 222666)
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA  90071
Telephone:  (213) 955-8022
Facsimile:  (213) 955-9250
williamdelgado@willenken.com

Attorneys for Plaintiffs
JOL MANAGEMENT CO.
GERO VITA INT'L, INC, and
LONGLIFE MAXX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOL MANAGEMENT CO., GERO VITA INTERNATIONAL, INC., LONGLIFE MAXX, INC., | Case No. CV08-198-ABC-FFMx |
| Plaintiffs, | **DECLARATION OF ALBERT MIRANDA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| POLYCELL NUTRACEUTICALS, INC; MOHAMMAD KHALID, NEDA KHALID, COREY MCCLOUD, | Date:  August 11, 2008
Time:  10:00 a.m.
Place:  Courtroom 680 |
| Defendants. | |

1

## DECLARATION OF ALBERT MIRANDA

I, Albert Miranda, state and declare as follows:

1.     I am an employee of JOL Management Co. ("JOL"). I have personal knowledge of all the facts set forth herein and if called as a witness, I could and would competently testify hereto.

2.     I have worked for JOL for approximately 10 years, since July 1998, as Database Manager. As Database Manager, my duties include managing the JOL Customer List, encrypting the JOL Customer List, refining the JOL Customer List, and ensuring the integrity of the JOL Customer List. While employed as Database Manager, I was the only JOL employee that had access to the JOL C-file, which hold the JOL Customer List.

3.     On or about March 4, 2005, Tom Nguyen purchased JOL Management Co. and Mohammad Khalid was named Executive Vice President of JOL.

4.     At this time, Mohammad Khalid approached me and told me of his new position as Executive Vice President of JOL. He then asked me a few logistical questions regarding the database and then requested a copy of the entire database in DLT tape form. He said that he was doing this at the requested of the new owner, Tom Nguyen. I informed him that Bill Schechtman was in charge of the DLT backups but that I would tell him which files to copy.

I declare under penalty of perjury under the laws of the United States of America and California that the foregoing is true and correct.

Executed this 21st day of July 2008, at Los Angeles, California.

Albert Miranda

2