William A. Delgado, Esq.  (State Bar No. 222666)
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA  90071
Telephone:  (213) 955-8022
Facsimile:  (213) 955-9250
williamdelgado@willenken.com

Attorneys for Plaintiffs
JOL MANAGEMENT CO.
GERO VITA INT'L, INC, and
LONGLIFE MAXX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOL MANAGEMENT CO., GERO VITA INTERNATIONAL, INC., LONGLIFE MAXX, INC., <br><br> Plaintiffs, <br><br> v. <br><br> POLYCELL NUTRACEUTICALS, INC; MOHAMMAD KHALID, NEDA KHALID, COREY MCCLOUD, <br><br> Defendants. | Case No. CV08-198-ABC-FFMx <br><br> **DECLARATION OF TOM NGUYEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:  August 11, 2008 <br> Time:  10:00 a.m. <br> Place:  Courtroom 680 |

# DECLARATION OF TOM NYUGEN

I, Tom Nguyen, state and declare as follows:

1.  I am the owner of JOL Management Co., Inc. ("JOL") and I am authorized to make this declaration. I have personal knowledge of all the facts set forth herein and if called as a witness, I could and would competently testify hereto.

2.  I have owned JOL for over three years, since March 2005. JOL manages and markets the Gero Vita International, Inc. ("GVI") products, including Arthro-7 joint supplement product.

3.  In about March 2005, I appointed Mohammad Khalid as Executive Vice President of JOL. As Executive Vice President of JOL, Mohammad Khalid's responsibilities included running the day to day operations of the company. Through his position as Executive Vice President, Mr. Khalid gained extensive and particularized knowledge regarding JOL's marketing, advertising, and promotional efforts for the GVI products, including Arthro-7 joint supplement product.

4.  In about September or October of 2007, it came to my attention that Mohammad Khalid had misappropriated the JOL customer list in March 2005 and had set up a competing company, Polycell Nutrition, Inc. ("Polycell"). I have never authorized anyone, including Mohammad Khalid to copy the JOL customer list. In addition, Polycell marketed a product, Arthro Essentials, which was packaged, displayed, and marketed in a similar, if not identical fashion as the GVI product, Arthro-7. The formula for Arthro Essentials was also similar, if not identical to Arthro-7.

5.  The marketing costs for Arthro-7 are nearing one million dollars

1  ($1,000,000.00).

2  I declare under penalty of perjury under the laws of the United States of America and California that the foregoing is true and correct.

4  Executed this 21st day of July 2008, at Los Angeles, California.

*/s/ Tom Nguyen*
Tom Nguyen