William A. Delgado, Esq.  (State Bar No. 222666)
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA  90071
Telephone:  (213) 955-8022
Facsimile:  (213) 955-9250
williamdelgado@willenken.com

Attorneys for Plaintiffs
JOL MANAGEMENT CO.
GERO VITA INT'L, INC, and
LONGLIFE MAXX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOL MANAGEMENT CO., GERO VITA INTERNATIONAL, INC., LONGLIFE MAXX, INC., <br><br> Plaintiffs, <br><br> v. <br><br> POLYCELL NUTRACEUTICALS, INC; MOHAMMAD KHALID, NEDA KHALID, COREY MCCLOUD, <br><br> Defendants. | Case No. CV08-198-ABC-FFMx <br><br> **DECLARATION OF BILL SCHECHTMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:  August 11, 2008 <br> Time:  10:00 a.m. <br> Place:  Courtroom 680 |

1

DECLARATION OF BILL SCHECTMAN ISO OF MOTION FOR PRELIMINARY INJUNCTION

# DECLARATION OF BILL SCHECTMAN

I, Bill Schectman, state and declare as follows:

1. I am an employee of JOL Management Co. ("JOL"). I have personal knowledge of all the facts set forth herein and if called as a witness, I could and would competently testify hereto.

2. I have worked for JOL for approximately eight and a half years, since October 2000, as IT Manager. As IT Manager, my duties include managing the network administration for the company, maintaining the company servers, and acting as the primary contact between the IT department and management.

3. On or about March 4, 2005, Tom Nguyen purchased JOL Management Co. and Mohammad Khalid was named Executive Vice President of JOL.

4. At this time, Mohammad Khalid met me in my office and told me several JOL employees were being let go by new management. Mohammad Khalid also informed me, that Tom Nguyen requested a copy of the C-file, the database that holds JOL's customer list. I informed Mr. Khalid that this did not follow JOL company protocol. Nevertheless, Mr. Khalid insisted that Mr. Nguyen was in charge and pressured me into securing a copy of the C-file.

5. After my meeting with Mohammad Khalid, I met with Albert Miranda, Customer List Manager for JOL. Albert Miranda was the only JOL employee on or about March 4, 2005 with the ability and clearance to copy of the JOL C-file. I informed Mr. Miranda of Mohammad Khalid's request for a copy of the C-file. Mr. Miranda expressed his reservations about copying the C-file, but ultimately made the copy. Albert Miranda told me the location of the C-file and I backed it up to tape.

//

6. I gave the tape, which contained the C-file, to Mohammad Khalid.

I declare under penalty of perjury under the laws of the United States of America and California that the foregoing is true and correct.

Executed this 21st day of July 2008, at Los Angeles, California.

*/s/ Bill Sch*

Bill Schechtman